James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
Brian H. Kim  (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN VERA, | Case No.: 3:14-cv-161 WHO |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1 | |
| Defendant. | |

Following the settlement of this matter, Plaintiff Kathleen Vera and Defendant AT&T Umbrella Benefit Plan No. 1, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

///

///

CASE NO. 3:14-cv-161 WHO                    1                    **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE**

| | | |
|---|---|---|
| Dated: November 13, 2014 | | BOLT KEENLEY KIM LLP |
| | By: | /s/ Brian H. Kim |
| | | Brian H. Kim |
| | | Attorneys for Plaintiff |
| Dated: November 13, 2014 | | MILLER LAW GROUP, A PROFESSIONAL CORPORATION |
| | By: | /s/ Lisa C. Hamasaki |
| | | Lisa C. Hamasaki |
| | | Attorneys for Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 |

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 3:14-cv-00161 WHO is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: December 1, 2014

_____
Hon. William H. Orrick
United States District Court Judge